Case 7:18-cv-00004   Document 102   Filed on 08/31/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 31, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| VALERIE LOY, On Behalf of HERSELF and All Others Similarly Situated, § § § § Plaintiffs, § VS. § REHAB SYNERGIES, LLC, § § Defendant. § | CIVIL ACTION NO. 7:18-cv-00004 |

## ORDER

The Court now considers "Defendant's Objection and Motion to Strike Plaintiffs' Declaration of Jerry Martin;"[1] Plaintiffs' response;[2] and Defendant's reply.[3] In Defendant's motion, it moves to strike the sworn declaration of Plaintiffs' Counsel Jerry Martin[4] provided in support of Plaintiffs' responses to Defendant's various dispositive motions.[5] The motion is ripe for consideration.

The affidavit of Plaintiffs' Counsel Jerry Martin basically attests to the discovery history of the case.[6] In support of its motion, Defendant argues that "the Declaration has no relevance to any of the issues at hand in the Motions"[7] and that Martin's testimony in the declaration lacks personal knowledge and is "unsupported, conclusory, speculative and self-serving."[8] Defendant further argues that the Declaration is not competent evidence in opposition to summary judgment

---

[1] Dkt. No. 74.
[2] Dkt. Nos. 76.
[3] Dkt. Nos. 77.
[4] Dkt. Nos. 66-1, 67-1, 68-1, & 69-1 (although offered four times, it is the same affidavit).
[5] *See* Dkt. Nos. 58–59, 61–62.
[6] Dkt. Nos. 66-1, 67-1, 68-1, & 69-1.
[7] *Id.* at 1–2 (citing FED. R. EVID. 401).
[8] Dkt. No. 74 at 1 & 5.

under Rule 56(c)(4).[9] Lastly, Defendant argues that the Declaration is "improper because it would require Defendant to waive attorney-client privilege and/or work product protection to properly refute it."[10] The Court generally agrees that the affidavit is irrelevant to any issues raised in the pending motions and therefore **GRANTS** Defendant's motion to strike.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 31st day of August 2021.

_____
Micaela Alvarez
United States District Judge

---

[9] *Id.* at 3.
[10] *Id.* at 2 & 7.