# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| VALERIE LOY, On Behalf of HERSELF and All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> REHAB SYNERGIES, LLC, <br><br> *Defendant*. | ) <br> ) <br> ) COLLECTIVE ACTION <br> ) <br> ) CASE NO. 7:18-cv-00004 <br> ) <br> ) JUDGE ALVAREZ <br> ) <br> ) <br> ) |

## NOTICE OF FILING TRIAL SUBPOENAS

Plaintiffs hereby file the following two documents, which are attached hereto as Exhibits A and B:

1. Subpoena to Appear and Testify Directed to Jubenal Garcia, Jr. (Exhibit A);

2. Subpoena to Appear and Testify Directed to Carmen Vitton (Exhibit B).

Date: January 19, 2022

Respectfully submitted,

/s/ Jerry E. Martin (with permission of Attorney-In-Charge)
**JERRY E. MARTIN (No. 20193)***
**DAVID W. GARRISON (No. 24968)***
**SETH M. HYATT (No. 31171) ***
Of Counsel
BARRETT JOHNSTON
MARTIN & GARRISON LLC
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
Email jmartin@barrettjohnston.com
Email dgarrison@barrettjohnston.com

1

Email shyatt@barrettjohnston.com

\* Admitted *Pro Hac Vice*

**CHARLES S. SIEGEL**
Attorney-In-Charge
Texas Bar No. 18341875
WATERS KRAUS & PAUL
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email siegel@waterskraus.com

**ROBERTO L. RAMIREZ**
Texas Bar No. 16506700
Southern District ID No. 5956
THE RAMIREZ LAW FIRM, PLLC
820 E. Hackberry Ave.
McAllen, Texas 78501
Telephone: 956.668.8100
Facsimile: 956.668.8101
rr@theramirezlawfirm.com

*Of Counsel:*

**WM. PAUL LAWRENCE, II**
Texas Bar. No. 24004130
WATERS KRAUS & PAUL
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email plawrence@waterskraus.com

**CAITLYN E. SILHAN**
Texas Bar No. 24072879
WATERS KRAUS & PAUL
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email csilhan@waterskraus.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that a true and exact copy of the foregoing *Notice of Filing Trial Subpoenas* was filed electronically with the Clerk's office by using the CM/ECF system and served upon the parties as indicated below through the Court's ECF system on January 19, 2022:

**Derek T. Rollins**
Attorney-In-Charge
Texas Bar No. 24058079
Federal ID No. 820720
**Erika L. Leonard**
Texas Bar No. 24110740
**Jasmine Harding**
Texas Bar No. 24101865
**Bruce A. Griggs**
Texas Bar No. 08487700
OGLETREE DEAKINS NASH
SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1150
Austin, Texas 78701
Telephone: (512) 344-4700
Facsimile: (512) 344-4701
derek.rollins@ogletree.com
erika.leonard@ogletree.com
jasmine.harding@ogletree.com
bruce.griggs@ogletree.com

John B. Brown
Texas Bar No. 00793412
OGLETREE DEAKINS NASH
SMOAK & STEWART, P.C.
8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone:  (214) 987-3800
Fax: (214) 987-2927
John.brown@ogletree.com

        */s/ Jerry E. Martin*
        JERRY E. MARTIN