**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **VALERIE LOY, On Behalf of HERSELF and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| **Plaintiffs,** | ) | **CASE NO. 7:18-cv-00004** |
| **v.** | ) | **JUDGE ALVAREZ** |
| **REHAB SYNERGIES, LLC,** | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S PROPOSAL OF THE ORDER OF PROOF AT TRIAL

Per the Court's Order (Doc. 122), Plaintiff Valerie Loy submits this plan, detailing by day the witnesses Plaintiff intends to call. Plaintiff has previously provided this information to Defendant's counsel per the Court's order. Plaintiff's counsel has arranged air transportation for all the Opt-In Plaintiffs traveling by air (17 individuals) and secured hotel accommodations as well. Plaintiff has yet to determine the precise order of witnesses on each day but will provide that information to Defendant in advance of trial.

**Day 1 (Monday, February 28, 2022)**
Carmen Vitton
Valerie Loy
Debra Smith

**Day 2 (Tuesday, March 1, 2022)**
David Brent Little
Ryan Degerstrom
Lanita Meadows
Hollie Weger
Mattie Rogers

**Day 3 (Wednesday, March 2, 2022)**
Eyvonnia McCrary-Taylor
Robert Scott
Mindy Berry

Sheena McLaurin
Mary Picardi
Jubenal Garcia, Jr.

**Day 4 (Thursday March 3, 2022)**
Leigh Strolis
Cara Bradford
Keri Johnson
Jameson Lee
Angela La Manna
Todd Piatt
Ricardo Macias

**Day 5 (Friday, March 4, 2022)**
ReAnna McNames
Kathryn Campbell
Nancy Garcia
Veronica Zubowski
Sophia Silva

Plaintiff will play the recorded trial deposition of Julie Hildebrandt and have read into the record the designated portions of the deposition transcripts of Melissa Collier and Jennifer Maya either on Day 5 or on a prior day if the proof on one of those days comes in more quickly than anticipated.

The Court can be assured that Plaintiff's counsel and staff are making every effort to coordinate the travel and logistics of all of the Opt-In Plaintiffs so that this trial is as efficient and seamless as possible.

Date: January 21, 2022

Respectfully submitted,

/s/ Jerry E. Martin (with permission of Attorney-In-Charge)
**JERRY E. MARTIN (No. 20193)***
**DAVID W. GARRISON (No. 24968)***
**SETH M. HYATT (No. 31171) ***
Of Counsel
BARRETT JOHNSTON
MARTIN & GARRISON LLC
414 Union Street, Suite 900
Nashville, TN 37219

Telephone: (615) 244-2202
Facsimile: (615) 252-3798
Email jmartin@barrettjohnston.com
Email dgarrison@barrettjohnston.com
Email shyatt@barrettjohnston.com

* Admitted *Pro Hac Vice*

**CHARLES S. SIEGEL**
Attorney-In-Charge
Texas Bar No. 18341875
WATERS KRAUS & PAUL
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email siegel@waterskraus.com

**ROBERTO L. RAMIREZ**
Texas Bar No. 16506700
Southern District ID No. 5956
THE RAMIREZ LAW FIRM, PLLC
820 E. Hackberry Ave.
McAllen, Texas 78501
Telephone: 956.668.8100
Facsimile: 956.668.8101
rr@theramirezlawfirm.com

*Of Counsel:*

**WM. PAUL LAWRENCE, II**
Texas Bar. No. 24004130
WATERS KRAUS & PAUL
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email plawrence@waterskraus.com

**CAITLYN E. SILHAN**
Texas Bar No. 24072879
WATERS KRAUS & PAUL
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252

Email csilhan@waterskraus.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and exact copy of the foregoing *Plaintiff's Proposal of the Order of Proof at Trial* was filed electronically with the Clerk's office by using the CM/ECF system and served upon the parties as indicated below through the Court's ECF system on January 21, 2022:

**Derek T. Rollins**
Attorney-In-Charge
Texas Bar No. 24058079
Federal ID No. 820720
**Erika L. Leonard**
Texas Bar No. 24110740
**Jasmine Harding**
Texas Bar No. 24101865
**Bruce A. Griggs**
Texas Bar No. 08487700
OGLETREE DEAKINS NASH
SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1150
Austin, Texas 78701
Telephone: (512) 344-4700
Facsimile: (512) 344-4701
derek.rollins@ogletree.com
erika.leonard@ogletree.com
jasmine.harding@ogletree.com
bruce.griggs@ogletree.com

             */s/ Jerry E. Martin*
             JERRY E. MARTIN