UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VALERIE LOY, On Behalf of HERSELF and All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-cv-00004 |
| | § | |
| REHAB SYNERGIES, LLC, | § § § | |
| Defendant. | § | |

## **ORDER**

The Court now considers the parties' February 3, 2022, status conference.[1] In accordance with the Court's oral orders, the Court hereby **ORDERS** the parties to submit proposed demonstrative exhibits, to the extent they are known, to opposing counsel no later than **February 21, 2022.** Additionally, the Court **ORDERS** Defendant's counsel to submit a plan for the order of each witness during trial to Plaintiffs' counsel and the Court by **February 21, 2022**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 8th day of February 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Minute Entry (February 3, 2022).

1 / 1