United States District Court
Southern District of Texas
**ENTERED**
February 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VALERIE LOY, On Behalf of HERSELF and All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-cv-00004 |
| | § | |
| REHAB SYNERGIES, LLC, | § § | |
| Defendant. | § § | |

## ORDER

The Court now considers "Plaintiff's Supplemental Notice No. 3 of Opt-in Trial Attendants."[1] On December 15, 2021, the Court ordered Plaintiffs' counsel to submit a notice informing the Court and Defendant which Plaintiffs will be appearing for trial and advised Plaintiffs that the Court would dismiss the claims of any non-appearing Plaintiff.[2] On January 28, 2022, the Court issued an Order dismissing certain Plaintiffs that will not be appearing for trial.[3] Plaintiffs now supplement the list provided with an additional Plaintiff that will not be appearing for trial.[4]

Under Rule 21 of the Federal Rules of Civil Procedure, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Accordingly, the Court hereby **DISMISSES** Mindy Berry from this case. The Clerk of Court is instructed to terminate this Plaintiff from this action.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 22nd day of February 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 135.
[2] Dkt. No. 122 ("By agreement of the parties and consent of the Court, one Plaintiff will be presented by video deposition.).
[3] Dkt. No. 132.
[4] Dkt. No. 135.