UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VALERIE LOY, On Behalf of HERSELF and All Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 7:18-cv-00004 |
| | § | |
| REHAB SYNERGIES, LLC, | § § | |
| | § | |
| Defendant. | § § § | |

**VERDICT OF THE JURY**

**SECTION A:**
**UNRECORDED WORK GENERALLY**

1.  Please write either "Yes" or "No" for each Plaintiff below in response to this question:

Has the Plaintiff proved by a preponderance of the evidence that he or she performed unrecorded (i.e. "off-the-clock") work for Defendant for which Plaintiff was not paid, and that Defendant knew or had reason to believe the Plaintiff worked off-the-clock?

| PLAINTIFF | YES OR NO? |
|---|---|
| Cara Bradford | Yes |
| Kathryn Campbell | Yes |
| Ryan Degerstrom | Yes |
| Nancy Garcia | Yes |
| Julie Hildebrandt | Yes |
| Keri Johnson | Yes |
| Angela La Manna | Yes |

| | |
|---|---|
| Jameson Lee | Yes |
| David Brent Little | Yes |
| Valerie Loy | Yes |
| Ricardo Macias | Yes |
| Eyvonnia McCrary-Taylor | Yes |
| ReAnna McNames | Yes |
| Lanita Meadows | Yes |
| Mary Picardi | Yes |
| Mattie Rogers | Yes |
| Robert Scott | Yes |
| Sophia Silva | Yes |
| Debra Smith | Yes |
| Leigh Strolis | Yes |
| Mardel (Hollie) Weger | Yes |
| Veronica Zubowski | Yes |

If you answered "No" for **every** Plaintiff listed above, then your deliberation is complete and you should proceed directly to Section D, have your foreperson sign and date the verdict sheet and please provide the Court Security Officer with a note that states that you have reached a verdict.

If you answered "Yes" for **any** Plaintiff listed above, then please proceed to Section B.

## SECTION B:
## Frequency of and Amount of Off-the Clock Work

2.    For every Plaintiff for whom you answered "Yes" in Question 1 above, please separately answer the following question:

During what percentage of work weeks do you find this Plaintiff to have performed off-the-clock work without compensation that Defendant knew or had reason to believe the Plaintiff performed? Answer as a percentage (%) of workweeks.

If you answered "No" to Question 1 for any Plaintiffs, then please do not answer this question for those Plaintiffs. Just leave the lines for those Plaintiffs blank.

| PLAINTIFF | % of workweeks in which off-the-clock work was performed without compensation that Defendant knew or had reason to believe the Plaintiff performed |
|---|---|
| Cara Bradford | 72 % |
| Kathryn Campbell | 72 % |
| Ryan Degerstrom | 82 % |
| Nancy Garcia | 73 % |
| Julie Hildebrandt | 50 % |
| Keri Johnson | 85 % |
| Angela La Manna | 70 % |
| Jameson Lee | 76 % |
| David Brent Little | 60 % |
| Valerie Loy | 62 % |
| Ricardo Macias | 88 % |
| Eyvonnia McCrary-Taylor | 57 % |
| ReAnna McNames | 70 % |

| | |
|---|---|
| Lanita Meadows | 70 % |
| Mary Picardi | 71 % |
| Mattie Rogers | 70 % |
| Robert Scott | 65 % |
| Sophia Silva | 64 % |
| Debra Smith | 67 % |
| Leigh Strolis | 66 % |
| Mardel (Hollie) Weger | 68 % |
| Veronica Zubowski | 60 % |

3.      For every Plaintiff for whom you answered "Yes" in Question 1 above, please answer the following question:

>   During those weeks when the Plaintiff performed off-the-clock work for Defendant for which Plaintiff was not paid, and that Defendant knew or had reason to believe the Plaintiff worked, how much **unrecorded** time did he or she work **on average** each workweek? NOTE: You should indicate the amount of unrecorded time for each person listed below regardless of whether that time would be overtime hours or regular hours. If the average total unrecorded time is less than one hour, then leave the "hours" line blank and only fill in the blank for "minutes."

>   If you answered "No" to Question 1 for any one or more Plaintiffs, then please do not

answer this question for those Plaintiffs. Just leave the lines for those Plaintiffs blank.

| PLAINTIFF | Average unrecorded work time per week |
|---|---|
| Cara Bradford | __6__ Hours and __30__ Minutes |
| Kathryn Campbell | __4__ Hours and __0__ Minutes |
| Ryan Degerstrom | __4__ Hours and __0__ Minutes |
| Nancy Garcia | __7__ Hours and __0__ Minutes |

| | | |
|---|---|---|
| Julie Hildebrandt | __3__ Hours and | __6__ Minutes |
| Keri Johnson | __6__ Hours and | __0__ Minutes |
| Angela La Manna | __6__ Hours and | __0__ Minutes |
| Jameson Lee | __4__ Hours and | __0__ Minutes |
| David Brent Little | __5__ Hours and | __0__ Minutes |
| Valerie Loy | __4__ Hours and | __0__ Minutes |
| Ricardo Macias | __4__ Hours and | __0__ Minutes |
| Eyvonnia McCrary-Taylor | __4__ Hours and | __0__ Minutes |
| ReAnna McNames | __4__ Hours and | __0__ Minutes |
| Lanita Meadows | __6__ Hours and | __0__ Minutes |
| Mary Picardi | __2__ Hours and | __0__ Minutes |
| Mattie Rogers | __4__ Hours and | __0__ Minutes |
| Robert Scott | __4__ Hours and | __0__ Minutes |
| Sophia Silva | __6__ Hours and | __0__ Minutes |
| Debra Smith | __4__ Hours and | __0__ Minutes |
| Leigh Strolis | __5__ Hours and | __0__ Minutes |
| Mardel (Hollie) Weger | __3__ Hours and | __6__ Minutes |
| Veronica Zubowski | __6__ Hours and | __0__ Minutes |

## SECTION C:
## WILLFUL VIOLATION OF THE LAW

4.      If you answered "Yes" to Question No. 1 for at least one Plaintiff, please answer the following question. If you answered "No" to Question No. 1 for all Plaintiffs, leave this blank and proceed to Section D.

Have Plaintiffs proved by a preponderance of the evidence that Defendant knew or showed reckless disregard for whether it violated the Fair Labor Standards Act?

Yes   ☑

No   ☐

Please proceed to Section D.

## SECTION D:
## SIGNATURE

03/08/22

Date

Printed Name