United States District Court
Southern District of Texas
**ENTERED**
June 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VALERIE LOY, On Behalf of HERSELF and All Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 7:18-cv-00004 |
| REHAB SYNERGIES, LLC, | § § § | |
| Defendant. | § § | |

## **FINAL JUDGMENT**

On February 28, 2022, came on for trail the above referenced and numbered cause.[1] Plaintiffs appeared in person and through their attorneys and announced ready for trial. Defendant appeared through its attorney and announced ready for trial. The Court then impaneled and swore in the jury. After each party presented their evidence, each rested and closed. The jury then received the Court's questions, definitions, and instructions and heard arguments of counsel. After completing its deliberations, the jury returned its verdict in open court, and it appearing to the Court that the verdict was properly signed, it was received, and the verdict was ordered filed among the papers of this cause.

The jury's verdict being in favor of Plaintiffs, the Court renders judgment for Plaintiffs.

Having considered the parties "Joint Stipulation of Per-Plaintiff Unliquidated and Liquidated Damages,"[2] and having determined that it warrants entry of this final judgment, the Court **ORDERS, ADJUGES** and **DECREES** that each Plaintiff recover from Defendant in the amount indicated herein:

---

[1] Minute Entry (February 28, 2022).
[2] Dkt. No. 172.

| Employee | Unliquidated Damages | Liquidated Damages | Total Liquidated and Unliquidated Damages |
|---|---:|---:|---:|
| Bradford, Cara | $13,540.26 | $13,540.26 | $27,080.52 |
| Campbell, Kathryn | $203.00 | $203.00 | $406.00 |
| Degerstrom, Ryan | $3,972.42 | $3,972.42 | $7,944.84 |
| Garcia, Nancy | $12,802.67 | $12,802.67 | $25,605.34 |
| Hildebrandt, Julie | $3,561.48 | $3,561.48 | $7,122.96 |
| Johnson (Finch), Keri | $11,853.17 | $11,853.17 | $23,706.34 |
| LaManna, Angela | $283.50 | $283.50 | $567.00 |
| Lee, Jameson | $6,709.31 | $6,709.31 | $13,418.62 |
| Little, David Brent | $39,116.82 | $39,116.82 | $78,233.64 |
| Loy, Valerie | $2,194.43 | $2,194.43 | $4,388.86 |
| Macias, Ricardo | $655.25 | $655.25 | $1,310.50 |
| McCrary-Taylor, Eyvonnia | $2,173.85 | $2,173.85 | $4,347.70 |
| McNames, ReAnna | $8,582.11 | $8,582.11 | $17,164.22 |
| Meadows, Lanita | $15,553.19 | $15,553.19 | $31,106.38 |
| Picardi, Mary | $1,096.52 | $1,096.52 | $2,193.04 |
| Rogers, Mattie Lavelle | $17,873.95 | $17,873.95 | $35,747.90 |
| Scott, Robert | $37, 369.40 | $37,369.40 | $74,738.80 |
| Silva, Sophia | $24,972.31 | $24,972.31 | $49,944.62 |
| Smith, Debra | $5,366.73 | $5,366.73 | $10,733.46 |
| Strolis, Leigh | $2,933.15 | $2,933.15 | $5,866.30 |
| Weger, Mardel | $3,945.36 | $3,945.36 | $7,890.72 |

| | | | |
|---|---:|---:|---:|
| Zubowski, Veronica | $7,138.80 | $7,138.80 | $14,277.60 |
| | | **Total Damages:** | **$443,795.34** |

It is further ORDERED, ADJUDGED AND DECREED that Plaintiffs shall recover attorney's fees from Defendant.

It is further ORDERED, ADJUDGED AND DECREED that the judgment here rendered shall bear interest at the rate of 2.02% per annum from the date of the judgment until paid in full.

It is further ORDERED, ADJUDGED AND DECREED that the costs of court are taxed against Defendant, for which let execution issue. This judgment finally disposes of all parties and claims and is appealable.

All other relief not expressly granted herein is denied.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 1st day of June 2022.

_____
Micaela Alvarez
United States District Judge