UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| VALERIE LOY, On Behalf of HERSELF and All Others Similarly Situated, § § § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 7:18-cv-00004 |
| § | |
| REHAB SYNERGIES, LLC, § § | |
| Defendant. § | |

## ORDER

The Court now considers Plaintiffs' "Motion to Set Deadline for Plaintiffs to File a Motion for Attorneys' Fees and Recoverable Costs and Expenses."[1] Therein, Plaintiffs request that the Court approve their proposed briefing schedule for attorneys' fees and recoverable costs pursuant to 29 U.S.C. § 216(b). Pursuant to Federal Rule of Civil Procedure 54(d)(2)(B), "[u]nless a statute or court order provides otherwise, the motion [for attorney's fees] must be filed no later than 14 days after the entry of judgment." However, because of issues particular to this case, the Court finds good cause in Plaintiffs' request. Thus, the Court enters the following dates regarding Plaintiffs' motion for attorney's fees:

| EVENT | DEADLINE |
|---|---|
| Plaintiffs' brief and supporting documentation. | June 17, 2022 |
| Defendant's response. | July 15, 2022 |
| Plaintiffs' reply, if any. | July 29, 2022 |

IT IS SO ORDERED.

DONE at McAllen, Texas, this 1st day of June 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 170.