IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| VALERIE LOY, On Behalf of HERSELF and All Others Similarly Situated,<br><br>    Plaintiffs,<br>v.<br><br>REHAB SYNERGIES, LLC,<br><br>    Defendant. | )<br>)  COLLECTIVE ACTION<br>)<br>)  CASE NO. 7:18-cv-00004<br>)<br>)  JUDGE ALVAREZ<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' UNOPPOSED MOTION TO STAY FEE APPLICATION DEADLINES

Plaintiffs hereby withdraw their Unopposed Motion to Stay Deadlines for Fee Briefing Until After the Resolution of Defendant's Appeal (Doc. 178). Plaintiffs filed that motion to request a stay of the fee briefing in this matter until the conclusion of Defendant's appeal. Because the Court has yet to rule on that motion, Plaintiffs have now filed their application for fees and expenses in accordance with this Court's June 13, 2022 Order (Doc. 177) requiring Plaintiffs to submit their application by July 15, 2022. Accordingly, Plaintiffs withdraw their motion seeking to stay the fee briefing. It would be unfair to Plaintiffs to allow Defendant to delay responding to this fee application until the conclusion of its appeal, and therefore Plaintiffs oppose delaying Defendant's response which is due on August 12, 2022, per the Court's Order.

Date: July 15th, 2022        Respectfully submitted,

                                          */s/ Jerry E. Martin* w/ permission of Attorney-in-Charge
                                          **JERRY E. MARTIN (No. 20193) \***
                                          **DAVID W. GARRISON (No. 24968) \***
                                          **SETH M. HYATT (No. 31171) \***
                                          Of Counsel

1

BARRETT JOHNSTON
MARTIN & GARRISON LLC
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile : (615) 252-3798
Email jmartin@barrettjohnston.com
Email dgarrison@barrettjohnston.com
Email shyatt@barrettjohnston.com

* Admitted *Pro Hac Vice*

**CHARLES S. SIEGEL**
Attorney-In-Charge
Texas Bar No. 18341875
WATERS KRAUS & PAUL
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email siegel@waterskraus.com

**ROBERTO L. RAMIREZ**
Texas Bar No. 16506700
Southern District ID No. 5956
THE RAMIREZ LAW FIRM, PLLC
820 E. Hackberry Ave.
McAllen, Texas 78501
Telephone: 956.668.8100
Facsimile: 956.668.8101
rr@theramirezlawfirm.com

*Of Counsel:*

**WM. PAUL LAWRENCE, II**
Texas Bar. No. 24004130
WATERS KRAUS & PAUL
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email plawrence@waterskraus.com

**CAITLYN E. SILHAN**
Texas Bar No. 24072879
WATERS KRAUS & PAUL
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email csilhan@waterskraus.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Notice of Withdrawal of Plaintiffs' Unopposed Motion to Stay Fee Application Deadlines* was filed electronically with the Clerk's office by using the CM/ECF system and served upon the parties as indicated below through the Court's ECF system on July 15th, 2022:

**Derek T. Rollins**
Attorney-In-Charge
Texas Bar No. 24058079
Federal ID No. 820720
**Erika L. Leonard**
Texas Bar No. 24110740
**Jasmine Harding**
Texas Bar No. 24101865
**Bruce A. Griggs**
Texas Bar No. 08487700
OGLETREE DEAKINS NASH
SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1150
Austin, Texas 78701
Telephone: (512) 344-4700
Facsimile: (512) 344-4701
derek.rollins@ogletree.com
jasmine.harding@ogletree.com
bruce.griggs@ogletree.com
erika.leonard@ogletree.com

**John B. Brown**
Texas Bar No. 00793412
OGLETREE DEAKINS NASH
SMOAK & STEWART, P.C.
8117 Preston Road, Suite 500

Dallas, Texas 75225
Telephone: (214) 987-3800
Fax: (214) 987-2927
John.brown@ogletree.com

                                                       */s/ Jerry E. Martin*
                                                       JERRY E. MARTIN