# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 21, 2023
Lyle W. Cayce
Clerk

No. 22-40411

---

Valerie Loy, *On Behalf of Herself and All Others Similarly Situated*; ReAnna McNames; Nancy Garcia; Sophia Silva; Mardel Hollie Weger; Cara Bradford; Ryan Degerstrom; Angela La Manna; Jameson Lee; Eyvonnia McCrary-Yaylor; Sheena McLaurin; Lanita Meadows; Mattie L. Rogers; Debra Smith; Ricardo Macias; Mary Picardi; Leigh A. Strolis; Veronica Zubowski; Keri Johnson; Julie Hildebrandt; Robert Scott; David Brent Little; Kathryn Campbell,

*Plaintiffs—Appellees*,

*versus*

Rehab Synergies, L.L.C.,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:18-CV-4

---

Before Ho, Oldham, and Douglas, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

No. 22-40411

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiffs-appellees the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued as the mandate on Jul 13, 2023**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**