# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| VALERIE LOY, On Behalf of HERSELF and All Others Similarly Situated, | ) ) COLLECTIVE ACTION ) |
| Plaintiffs, | ) CASE NO. 7:18-cv-00004 |
| v. | ) ) JUDGE ALVAREZ |
| REHAB SYNERGIES, LLC, | ) ) |
| Defendant. | ) |

## SATISFACTION OF JUDGMENT

Judgment was rendered in favor of the above-named Plaintiff Valerie Loy, and Opt-In Plaintiffs Cara Bradford, Kathryn Campbell, Ryan Degerstrom, Nancy Garcia, Julie Hildebrandt, Keri Johnson (Finch), Angela LaManna, Jameson Lee, David Brent Little, Ricardo Macias, Eyvonnia McCrary-Taylor, ReAnna McNames, Lanita Meadows, Mary Picardi, Mattie Lavelle Rogers, Robert Scott, Sophia Silva, Debra Smith, Leigh Strolis, Mardel Weger, and Veronica Zubowski (collectively, "Plaintiffs") and against the above-named Defendant in the above-entitled action, on the first day of June, 2022, in the sum of $443,795.34 plus interest at the rate of 2.02% per annum from the date of judgment until paid in full, with attorneys' fees and costs to be determined by later proceedings. (Dkt. 173). Plaintiffs acknowledge payment of said judgment of $443,795.34 plus interest to Plaintiffs in full via check dated August 2, 2023.

On November 9, 2023, the Court entered an Order awarding Plaintiffs $934,668.46 in attorneys' fees and costs plus interest at the rate of 2.02% per annum until paid in full. (Dkt. 225). The parties agreed to fully and finally resolve the judgment for attorneys fees through the payment of $706,631.77 to Plaintiffs in attorneys' fees and costs, and Plaintiffs acknowledge full

satisfaction of said judgment by payment of $443,795.34 to Plaintiffs via their claim against the supersedeas bond plus payment of $262,836.43 paid via electronic transfer on May 2, 2024.

Whereas, Plaintiffs desire to release this judgment that was secured by a supersedeas bond, and hereby acknowledge that Defendant has fully and completely satisfied the same.

Date: May 10, 2024                                    Respectfully submitted,

*/s/ Jerry E. Martin*
**JERRY E. MARTIN (No. 20193) ***
**DAVID W. GARRISON (No. 24968) ***
**SETH M. HYATT (No. 31171) ***
Of Counsel
BARRETT JOHNSTON
MARTIN & GARRISON PLLC
200 31st Ave North
Nashville, TN 37203
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
Email jmartin@barrettjohnston.com
Email dgarrison@barrettjohnston.com
Email shyatt@barrettjohnston.com

* Admitted *Pro Hac Vice*

**CHARLES S. SIEGEL**
Attorney-In-Charge
Texas Bar No. 18341875
WATERS KRAUS & PAUL
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email siegel@waterskraus.com

**ROBERTO L. RAMIREZ**
Texas Bar No. 16506700
Southern District ID No. 5956
THE RAMIREZ LAW FIRM, PLLC
820 E. Hackberry Ave. McAllen,
Texas 78501

Telephone: 956.668.8100 Facsimile: 956.668.8101
rr@theramirezlawfirm.com

*Of Counsel:*

**WM. PAUL LAWRENCE, II**
Texas Bar. No. 24004130
WATERS KRAUS & PAUL
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email plawrence@waterskraus.com


**CAITLYN E. SILHAN**
Texas Bar No. 24072879
WATERS KRAUS & PAUL
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email csilhan@waterskraus.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Satisfaction of Judgment* was filed electronically with the Clerk's office by using the CM/ECF system and served upon the parties as indicated below through the Court's ECF system on May 10, 2024:

**Derek T. Rollins**
Attorney-In-Charge
Texas Bar No. 24058079
Federal ID No. 820720
**Erika L. Leonard**
Texas Bar No. 24110740
**Jasmine Harding**
Texas Bar No. 24101865
**Bruce A. Griggs**
Texas Bar No. 08487700
OGLETREE DEAKINS NASH
SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1150

Austin, Texas 78701
Telephone: (512) 344-4700
Facsimile: (512) 344-4701
derek.rollins@ogletree.com
jasmine.harding@ogletree.com
bruce.griggs@ogletree.com
erika.leonard@ogletree.com

**John B. Brown**
Texas Bar No. 00793412
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone: (214) 987-3800
Fax: (214) 987-2927
John.brown@ogletree.com

                                                                                                         */s/* Jerry E. Martin
                                                                                                         JERRY E. MARTIN